U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 3 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LUIS FERNANDO BERTULUCCI CASTILLO | CIVIL ACTION NO. 2:15-0100 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN F C I OAKDALE | MAG. JUDGE KAY |

## JUDGMENT OF DISMISSAL

Before the court is a "Motion to Dismiss without Prejudice" (R. #5) wherein plaintiff moves for an order dismissing the instant lawsuit without prejudice pursuant to the Report and Recommendation of the Magistrate Judge issued September 22, 2015.[1] Finding the conclusions of the Magistrate Judge entirely correct and further noting petitioner's voluntary motion to dismiss, it is

**ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is hereby **GRANTED**, denying the writ of habeas corpus and dismissing without prejudice the instant matter.

**THUS DONE AND SIGNED** in chambers on this 13th day of October, 2015.

_James Trimble_
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. #4.